| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF VIRGINIA - ALEXANDRIA DIVISION

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Savi Technology, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1746965** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**5285 Shawnee Road, Suite 210**
**Alexandria, VA 22312**
Number, Street, City, State & ZIP Code

**Alexandria City**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.savi.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Savi Technology, Inc.**                                                          Case number (*if known*) _____
    Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __5415__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

8/04/21  9:31AM

| Debtor | **Savi Technology, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?   _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other   _____

**Where is the property?**   _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____
Contact name   _____
Phone   _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Savi Technology, Inc.**                                                    Case number (*if known*)
Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor    **Savi Technology, Inc.**                                      Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August  4, 2021**
               MM / DD / YYYY

X **/s/ Rosemary Johnston** _____        **Rosemary Johnston** _____
   Signature of authorized representative of debtor    Printed name

Title    **Acting President and CEO** _____

**18. Signature of attorney**

X **/s/ Benjamin P. Smith VSB No.** _____        Date  **August  4, 2021** _____
   Signature of attorney for debtor                                    MM / DD / YYYY

**Benjamin P. Smith VSB No. 90430** _____
Printed name

**Shulman, Rogers, Gandal, Pordy & Ecker, P.A.** _____
Firm name

**12505 Park Potomac Avenue, Sixth Floor**
**Potomac, MD 20854** _____
Number, Street, City, State & ZIP Code

Contact phone    **301-230-5241** _____        Email address    **bsmith@shulmanrogers.com** _____

**VSB No. 90430 VA** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Savi Technology, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF VIRGINIA - ALEXANDRIA DIVISION

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August  4, 2021**          X **/s/ Rosemary Johnston**
                                                            Signature of individual signing on behalf of debtor

                                                            **Rosemary Johnston**
                                                            Printed name

                                                            **Acting President and CEO**
                                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Savi Technology, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF VIRGINIA - ALEXANDRIA DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amazon Web Services, Inc. P.O. Box 84023 Seattle, WA 98124-8423** | | **Services** | | | | $52,966.93 |
| **BDO USA LLP P.O. Box 642743 Pittsburgh, PA 15264-2743** | | **Services** | | | | $22,260.00 |
| **Benjamin Harris 11449 Rothbury Square Fairfax, VA 22030** | | **Accrued Vacation as of 7/31/21** | | | | $18,718.84 |
| **Cedar Creek Consulting LLC 8619 Westover Drive Prospect, KY 40059** | | **Services** | | | | $10,920.00 |
| **City of Alexandria Attn: Treasury Division P.O. Box 34901 Alexandria, VA 22334** | | **Tax Agency** | | | | $14,269.91 |
| **Cooley LLP 101 California Street, 5th Fl San Francisco, CA 94111** | | **Legal Services** | | | | $323,633.11 |
| **Elecsys Mfg Corp PEZA,Lot 1B, Block 6, Phase II Rosario Cavite 4106 PHILIPPINES** | | **Contract Manufacturer** | | | | $219,952.33 |
| **First Source Electronics, LLC 6650 Business Parkway Elkridge, MD 21075** | | **Supplier** | | | | $63,462.24 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Savi Technology, Inc.** | | Case number *(if known)* | | |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| J. Richard Carlson 13882 Lewis Mill Way Chantilly, VA 20151 | | Accrued Vacation as of 7/31/21 | | | | $12,910.75 |
| Jay D. Stamm 980 Kirksville Road Richmond, KY 40475 | | Accrued Vacation as of 7/31/21 | | | | $12,551.30 |
| LB&B Associates 9891 Broken Land Parkway Suite 400 Columbia, MD 21046 | | Facilities | | | | $14,222.62 |
| Oracle America Inc. 500 Oracle Parkway Redwood City, CA 94065 | | Services | | | | $27,244.00 |
| ORBCOMM 395 West Passaic Street, #325 Rochelle Park, NJ 07662 | | Vendor | | | | $12,440.00 |
| QBURST Technology Inc 4414 Roundtree Lane Missouri City, TX 77459 | | Services | | | | $15,360.00 |
| Rosemary T. Johnston 940 Chesapeake Place Greenville, NC 27858 | | Accrued Vacation as of 7/31/21 | | | | $19,384.30 |
| Silicon Valley Bank Mastercard P.O. Box 660254 Dallas, TX 75266 | | Credit Card | | | | $87,333.01 |
| T.Y. Lin International 345 California Street Suite 2300 San Francisco, CA 94104 | | Services | | | | $11,080.00 |
| Weiner Brodsy Kider PC 1300 19th Street, NW, 5th Fl Washington, DC 20036 | | Legal Services | | | | $79,517.82 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Savi Technology, Inc.**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wrobel Markham LLP 360 Lexington Ave, Suite 1502 New York, NY 10017** | | **Legal Services** | | | | **$96,005.70** |
| **Wyntron Inc. f/k/a DKP MFG Inc PEZA, Lot 9 Block 15 Phase III Rosario, Cavite 4106 PHILIPPINES** | | **Master Supply Agreement** | **Contingent Disputed** | | | **$1,383,042.59** |

## United States Bankruptcy Court
### Eastern District of Virginia - Alexandria Division

In re   **Savi Technology, Inc.**      Case No. _____

         Debtor(s)     Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept and received a retainer of ......................... $    **100,000.00**

     The undersigned shall bill against the retainer at an hourly rate of .......................... $    **0.00**

     [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   $ **1,738.00**   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify)

4.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify)

5.   ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   Other provisions as needed:

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:
     **Representation of the debtor(s) in any actions to deny or revoke discharge, non-dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

# CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August  4, 2021**
*Date*

**/s/ Benjamin P. Smith VSB No.**
**Benjamin P. Smith VSB No. 90430**
*Signature of Attorney*

**Shulman, Rogers, Gandal, Pordy & Ecker, P.A.**
*Name of Law Firm*
**12505 Park Potomac Avenue, Sixth Floor**
**Potomac, MD 20854**
**301-230-5241  Fax: 301-230-2891**

---

*For use in Chapter 13 Cases where Fees Requested <u>Not in Excess of $5,488</u>*
*<u>(For all Cases Filed on or after 01/01/2021)</u>*

## NOTICE TO DEBTOR(S), STANDING CHAPTER 13 TRUSTEE AND UNITED STATES TRUSTEE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2016-1(C) AND
## CLERK'S CM/ECF POLICY 9

Notice is hereby given that pursuant to Local Bankruptcy Rule 2016-1(C), you must file an objection with the court to the fees requested in this disclosure of compensation opposing said fees in their entirety, or in a specific amount, no later than the last day for filing objections to confirmation of the chapter 13 plan.

### PROOF OF SERVICE

The undersigned hereby certifies that on this date the foregoing Notice was served upon the debtor(s), the standing Chapter 13 trustee, and U. S. trustee pursuant to Local Bankruptcy Rule 2016-1(C) and the Clerk's CM/ECF Policy 9, either electronically or in paper form (first class mail).

_____
*Date*

_____
*Signature of Attorney*

---

# United States Bankruptcy Court
## Eastern District of Virginia - Alexandria Division

In re   **Savi Technology, Inc.**                               Case No.

                                         Debtor(s)          Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Benjamin Harris**<br>**11449 Rothbury Square**<br>**Fairfax, VA 22030** | **Options** | **13,600** | **0.32%** |
| **Benjamin Harris**<br>**11449 Rothbury Square**<br>**Fairfax, VA 22030** | **Options** | **11,400** | **0.27%** |
| **Benjamin Harris**<br>**11449 Rothbury Square**<br>**Fairfax, VA 22030** | **Options** | **25,000** | **0.60%** |
| **Brian Daum**<br>**2353 Tumbletree Way**<br>**Reston, VA 20191** | **Shares** | **102,000** | **2.43%** |
| **Charles Meyer**<br>**8730 W. Sunset Blvd.**<br>**Suite 420**<br>**West Hollywood, CA 90069** | **Shares** | **1,125,000** | **26.79%** |
| **Charles Meyer**<br>**8730 W. Sunset Blvd.**<br>**Suite 420**<br>**West Hollywood, CA 90069** | **Promissory Note Warrants** | **10,436** | **0.25%** |
| **Dana Frix**<br>**6649 Sorrel Street**<br>**Mc Lean, VA 22101** | **Promissory Note Warrants** | **2,782** | **.07%** |
| **Dana Frix Trust**<br>**c/o Dana Frix**<br>**6649 Sorrel Street**<br>**Mc Lean, VA 22101** | **Shares** | **300,000** | **7.14%** |
| **Dennis P. Shanahan**<br>**1501 Radian Road**<br>**Wilmington, NC 28405** | **Promissory Note Warrants** | **5,480** | **0.14%** |
| **Dennis P. Shanahan Rev Trust**<br>**c/o Dennis P. Shanahan Trustee**<br>**1501 Radian Road**<br>**Wilmington, NC 28405** | **Shares** | **750,000** | **17.86%** |
| **Eastward Capital Partners**<br>**432 Cherry Street**<br>**West Newton, MA 02465** | **Promissory Note Warrants** | **41,860** | **1.0%** |

In re:  **Savi Technology, Inc.**                                          Case No. _____

                                    Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Ed De Bruijn**<br>**Jan Steenlan 38**<br>**Oosterhout 4907 RJ**<br>**NETHERLANDS** | **Options** | **5,000** | **0.119%** |
| **J. Richard Carlson**<br>**13882 Lewis Mill Way**<br>**Chantilly, VA 20151** | **Shares** | **20,661** | **0.49%** |
| **J. Richard Carlson**<br>**13882 Lewis Mill Way**<br>**Chantilly, VA 20151** | **Options** | **128,300** | **3.1%** |
| **J. Richard Carlson**<br>**13882 Lewis Mill Way**<br>**Chantilly, VA 20151** | **Options** | **128,300** | **3.1%** |
| **J. Richard Carlson**<br>**13882 Lewis Mill Way**<br>**Chantilly, VA 20151** | **Promissory Note Warrants** | **2,240** | **0.05%** |
| **James Hayden**<br>**1870 Hunter Mill Road**<br>**Vienna, VA 22182** | **Options** | **26,600** | **0.60%** |
| **James Hayden**<br>**1870 Hunter Mill Road**<br>**Vienna, VA 22182** | **Options** | **7,400** | **0.60%** |
| **James Hayden**<br>**1870 Hunter Mill Road**<br>**Vienna, VA 22182** | **Options** | **34,000** | **0.60%** |
| **Jay D. Stamm**<br>**980 Kirksville Rd**<br>**Richmond, KY 40475** | **Options** | **7,500** | **0.18%** |
| **Jeannette Recio**<br>**23305 Milltown Knoll Sq #103**<br>**Ashburn, VA 20148** | **Options** | **3,500** | **0.08%** |
| **Jennifer L. Sarles**<br>**7800 Tayloe Dr TRLR 16**<br>**Manassas, VA 20112** | **Options** | **3,500** | **0.08%** |
| **Jordon N. Kendrick**<br>**3921 W. Bluffs Road**<br>**Springfield, IL 62711** | **Options** | **5,000** | **0.119%** |

In re:   **Savi Technology, Inc.**  _____   Case No. _____

Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Matthew Beyea**<br>**6629 Gordon Avenue**<br>**Falls Church, VA 22046** | **Options** | **5,000** | **0.119%** |
| **Michael Souders**<br>**3536 Valeview Drive**<br>**Oakton, VA 22124** | **Shares** | **51,000** | **1.21%** |
| **Rosemary Johnston**<br>**940 Chesapeake Place**<br>**Greenville, NC 27858** | **Options** | **13,600** | **0.32%** |
| **Rosemary Johnston**<br>**940 Chesapeake Place**<br>**Greenville, NC 27858** | **Options** | **20,400** | **0.49%** |
| **Rosemary Johnston**<br>**940 Cheapeake Place**<br>**Greenville, NC 27858** | **Options** | **34,000** | **0.81%** |
| **Savi Investors, LLC**<br>**c/o Sean McGuinness**<br>**3124 Little Heron Lane**<br>**Marshall, VA 20115** | **Shares** | **825,000** | **19.65%** |
| **Scott Shaul**<br>**7824 Southdown Road**<br>**Alexandria, VA 22308** | **Shares** | **68,000** | **1.62%** |
| **Sean P. McGuinness**<br>**P.O. Box 312**<br>**Rectortown, VA 20140** | **Promissory Note Warrants** | **7,654** | **0.18%** |
| **SGS Group Management SA**<br>**1 Place des Alpes**<br>**1201 Geneva**<br>**SWITZERLAND** | **Promissory Note Warrants** | **28,202** | **0.67%** |
| **William Clark**<br>**9904 Blackmore Vale Way**<br>**Great Falls, VA 22066** | **Shares** | **136,000** | **3.24%** |

In re:    **Savi Technology, Inc.** _____          Case No. _____
                                        Debtor(s)

# LIST OF EQUITY SECURITY HOLDERS
## (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

   I, the **Acting President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August  4, 2021** _____          Signature  **/s/ Rosemary Johnston** _____
                                                                        **Rosemary Johnston**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Office of the U.S. Trustee
115 S. Union St., Plaza Level
Suite 210
Alexandria, VA 22314


Amazon Web Services, Inc.
P.O. Box 84023
Seattle, WA 98124-8423


American Express
P.O Box 1270
Newark, NJ 07101-1270


Andrews, Jason L.
4504 Walnut Creek Drive
Lexington, KY 40509


Army Contracting Command
c/o Ben Geringer
3055 Rodman Avenue
Rock Island, IL 61299-8000


AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197-6463


BDO USA LLP
P.O. Box 642743
Pittsburgh, PA 15264-2743


Benjamin Harris
11449 Rothbury Square
Fairfax, VA 22030


Beyea, Matthew
6629 Gordon Avenue
Falls Church, VA 22046


Boon Christiaan Geurtsweg
1 7335 JV Apeldoorn
NETHERLANDS


Brian Daum
2353 Tumbletree Way
Reston, VA 20191

Brit-Poplar Run, LLC
c/o BECO Management, Inc.
5410 Edson Lane, #200
Rockville, MD 20852


Cassandra Jean Poulos
2055 Powells Landing
Woodbridge, VA 22191


CDW
P.O. Box 75723
Barstow, IL 61236


Cedar Creek Consulting LLC
8619 Westover Drive
Prospect, KY 40059


Charles Meyer
8730 W. Sunset Blvd.
Suite 420
West Hollywood, CA 90069


CIGNA Group Insurance
P.O. Box 13701
Philadelphia, PA 19101-3701


City of Alexandria
Attn: Treasury Division
P.O. Box 34901
Alexandria, VA 22334


Cooley LLP
101 California Street, 5th Fl
San Francisco, CA 94111


Dana Frix
6649 Sorrel Avenue
Mc Lean, VA 22101


Dana Frix
6649 Sorrel Street
Mc Lean, VA 22101

Dana Frix Trust
c/o Dana Frix
6649 Sorrel Street
Mc Lean, VA 22101


Danielle Amaro
7911 N 16th Drive
Phoenix, AZ 85021


Dennis P. Shanahan
1501 Radian Road
Wilmington, NC 28405


Dennis P. Shanahan Rev Trust
c/o Dennis P. Shanahan Trustee
1501 Radian Road
Wilmington, NC 28405


Dennis Shanahan
1501 Radian Road
Wilmington, NC 28405


DHL Express - USA
1659 Collections Center Drive
Chicago, IL 60693


Douglas C. Schreffler
7616 Devries Drive
Lorton, VA 22079


DRS Network & Imaging Systems
c/o David Stolz
100 North Babcock Street
Melbourne, FL 32935


Eastward Capital Partners
432 Cherry Street
West Newton, MA 02465


Eastward Fund Management, LLC
c/o Ian Daigle
432 Cherry Street
West Newton, MA 02465

Ed De Bruijn
Jan Steenlan 38
Oosterhout 4907 RJ
NETHERLANDS


Ed DeBruijn
Jan Steenlan 38
Ooosterhour, 4907 RJ
NETHERLANDS


Edward E. How
43859 Kittiwake Drive
Leesburg, VA 20176


Elecsys Mfg Corp
PEZA,Lot 1B, Block 6, Phase II
Rosario Cavite 4106
PHILIPPINES


Eseye Ltd
20 Nugent Rd. Surrey Research
Guildford Surrey GU2 7AF
UNITED KINGDOM


Federal Express Corporation
P.O. Box 7221
Pasadena, CA 91109-7321


First Source Electronics, LLC
6650 Business Parkway
Elkridge, MD 21075


Guardian Life Insurance Co
P.O. Box 14319
Lexington, KY 40512


IP Law Leaders PLLC
6701 Democracy Blvd, Suite 555
Bethesda, MD 20817


J. Richard Carlson
13882 Lewis Mill Way
Chantilly, VA 20151

James Hayden
1870 Hunter Mill Road
Vienna, VA 22182


Jay D. Stamm
980 Kirksville Road
Richmond, KY 40475


Jay D. Stamm
980 Kirksville Rd
Richmond, KY 40475


Jeannette Recio
23305 Milltown Knoll Square
Ashburn, VA 20148


Jeannette Recio
23305 Milltown Knoll Sq #103
Ashburn, VA 20148


Jennifer L. Sarles
7800 Tayloe Drive TRLR 16
Manassas, VA 20112


Jennifer L. Sarles
7800 Tayloe Dr TRLR 16
Manassas, VA 20112


Jordan N. Kendrick
3921 W. Bluffs Road
Springfield, IL 62711


Jordon N. Kendrick
3921 W. Bluffs Road
Springfield, IL 62711


Joshua Parman
1048 Lemon Rue Way
Lexington, KY 40515


Kathryn E. Bonorchis
Lewis Brisbois Bisgaard Smith
100 Light Street
Baltimore, MD 21202

LB&B Associates
9891 Broken Land Parkway
Suite 400
Columbia, MD 21046


Matthew Beyea
6629 Gordon Avenue
Falls Church, VA 22046


Matthew McBride
40 S. Van Dorn Street
Apt. D111
Alexandria, VA 22304


Metropolitan Life Insurance Co
P.O. Box 804466
Kansas City, MO 64180


Michael Souders
3536 Valeview Drive
Oakton, VA 22124


O2 Collaborative Inc.
d/b/a O2 Lab
1401 Church Street, NW, #119
Washington, DC 20005


Omar Ghorafi
Vijverhof 9, Hendrik Ido Ambac
Zuid-Holland 3341 TS
NETHERLANDS


Optumhealth Financial Services
2771 Momentum Place
Chicago, IL 60689-5327


Oracle America Inc.
500 Oracle Parkway
Redwood City, CA 94065


ORBCOMM
395 West Passaic Street, #325
Rochelle Park, NJ 07662

Paul C. Kuhnel
Lewis Brisbois
310 First Street, Suite 405
Roanoke, VA 24011


QBURST Technology Inc
4414 Roundtree Lane
Missouri City, TX 77459


Ring Central Inc.
20 Davis Drive
Belmont, CA 94002


Ronald Souers
6060 Marion Pointe Court
Belews Creek, NC 27009


Rosemary Johnston
940 Chesapeake Place
Greenville, NC 27858


Rosemary Johnston
940 Cheapeake Place
Greenville, NC 27858


Rosemary T. Johnston
940 Chesapeake Place
Greenville, NC 27858


Safeguard Shredding
Attn: Accounts Receivable
P.O. Box 3219
Oakton, VA 22124-3219


Savi Investors, LLC
c/o Sean McGuinness
3124 Little Heron Lane
Marshall, VA 20115


Scott Shaul
7824 Southdown Road
Alexandria, VA 22308

Sean P. McGuinness
3124 Little Heron Lane
Marshall, VA 20115


Sean P. McGuinness
P.O. Box 312
Rectortown, VA 20140


Sendum Wireless Corporation
4500 Beedie Street
Burnaby B.C. V5J 5L2
CANADA


SGS Group Management SA
1 Place des Alpes
1201 Geneva
SWITZERLAND


SGS Group Management, SA
1 Place des Alpes, 1201 Geneva
SWITZERLAND


SGS Management Group
1 Place des Alpes
P.O. Box 2152 Geneva 1 1211
SWITZERLAND


Silicon Valley Bank Mastercard
P.O. Box 660254
Dallas, TX 75266


Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155


Staples
P.O. Box 105638
Atlanta, GA 30348-5638


State of New Jersey-CBT
Attn: Revenue Processing Ctr
P.O. Box 666
Trenton, NJ 08646-0666

T.Y. Lin International
345 California Street
Suite 2300
San Francisco, CA 94104


Tableau Software, Inc.
1621 N. 34th Street
Seattle, WA 98103


TEK360 Consulting
4821 Colbrook Court
Bumbay B.C. V5G 3Y3
CANADA


Verizon
P.O. Box 15124
Albany, NY 12212-5124


Vodafone
The Connection Newbury
Berkshire RG14 2FN
UNITED KINGDOM


Weiner Brodsy Kider PC
1300 19th Street, NW, 5th Fl
Washington, DC 20036


Wente Jing
517 Jurgensen Place
Hyattsville, MD 20785


William Clark
9904 Blackmore Vale Way
Great Falls, VA 22066


Wrobel Markham LLP
360 Lexington Ave, Suite 1502
New York, NY 10017


Wyntron Inc. f/k/a DKP MFG Inc
PEZA, Lot 9 Block 15 Phase III
Rosario, Cavite 4106
PHILIPPINES